UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LESLIE LIS HOFFMAN,

    Plaintiff,                                  Case No. 2:16-cv-11336

vs.                                            Hon. Matthew F. Leitman

COMMISSIONER OF SOCIAL        Mag. Stephanie Dawkins Davis
  SECURITY,

    Defendant.

_____

## ORDER FOR DISMISSAL

Pursuant to the parties stipulation to Plaintiff's voluntary dismissal of this action pursuant to F.R.C.P. 41(a)(1)(A)(ii), and the court being otherwise informed in the premises:

**IT IS HEREBY ORDERED** that this action is DISMISSED with prejudice.

                                                         /s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: July 8, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 8, 2016, by electronic means and/or ordinary mail.

                                                         s/Holly A. Monda
                                                         Case Manager
                                                         (313) 234-5113